**No. 09-1299. Donnie Cleveland Lance, Petitioner v. Hilton Hall, Warden.**

561 U.S. 1026, 130 S. Ct. 3510, 177 L. Ed. 2d 1093, 2010 U.S. LEXIS 5502, ■

June 28, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 286 Ga. 365, 687 S.E.2d 809.

**No. 09-1309. Stephen W. Nizio, Petitioner v. William M. Cook, et al.**

561 U.S. 1026, 130 S. Ct. 3513, 177 L. Ed. 2d 1093, 2010 U.S. LEXIS 5493, ■

June 28, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Middle District, denied.

**No. 09-1315. Robert Bauer, et al., Petitioners v. Dean Morris, L.L.P., et al.**

561 U.S. 1027, 130 S. Ct. 3513, 177 L. Ed. 2d 1093, 2010 U.S. LEXIS 5445.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-1320. Willard Proctor, Jr., Petitioner v. Arkansas Judicial Discipline and Disability Commission.**

561 U.S. 1027, 130 S. Ct. 3516, 177 L. Ed. 2d 1093, 2010 U.S. LEXIS 5347.

June 28, 2010. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 360 S.W.3d 61.

**No. 09-1321. Phillip Mizrach, Petitioner v. United States.**

561 U.S. 1027, 130 S. Ct. 3516, 177 L. Ed. 2d 1093, 2010 U.S. LEXIS 5412.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 334 Fed. Appx. 571.

**No. 09-1330. Willie Gerald Newsom, Petitioner v. Tennessee, et al.**

561 U.S. 1027, 130 S. Ct. 3517, 177 L. Ed. 2d 1093, 2010 U.S. LEXIS 5446, ■

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-1331. James Zhang, Petitioner v. Footbridge Limited Trust.**

561 U.S. 1027, 130 S. Ct. 3517, 177 L. Ed. 2d 1093, 2010 U.S. LEXIS 5519.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 358 Fed. Appx. 189.